UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA WOOD,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No.   1:14-CV-03124-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The Commissioner's decision is **REVERSED** and pursuant to sentence four of 42 U.S.C. Section 405(g) and Section 1383(c)(3), this matter is **REMANDED** to the Commissioner for additional proceedings and/or finding consistent with the Order entered by the Court on 04/27/15.  Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  April 27, 2015.

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Tonia Ramirez*
                                     Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE